UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HILLARY WALLS,

        Plaintiff,

v.

BOWMAN, et al.,

        Defendants.

CASE NO. C12-5350BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Plaintiff's motion for preliminary injunction (Dkt. 7) is hereby **STRICKEN** from the docket.

Dated this 18th day June, 2012.

        BENJAMIN H. SETTLE
        United States District Judge

ORDER