UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HILLARY WALLS,<br><br>                    Plaintiff,<br><br>      v.<br><br>BOWMAN, CPM RON KNIGHT, L. BELANGER, LT. D. FEDDERSON, SGT. KIRK JESSEE, CUS GAINES, RN2 CINDY LOIACONO, DR. EDWARDS, JOHN DOES 1-2 (CORRECTIONS OFFICERS), and JOHN DOES 1-2 (DOCTORS),<br><br>                    Defendants. | No. C12-5350 BHS/KLS<br><br>**REPORT AND RECOMMENDATION**<br>**Noted For:  January 25, 2013** |

Before the Court is the parties' Agreed Motion to Dismiss with prejudice and without costs or fees to any party. ECF No. 31. The motion is based on the parties' Release and Settlement Agreement. *Id.*, Exhibit 1. The Court being fully advised and having examined the records and files herein, does hereby recommend that the agreed motion be granted and this matter dismissed with prejudice.

**CONCLUSION**

The undersigned recommends that the parties' Agreed Motion to Dismiss (ECF No. 31) be **GRANTED** and that this matter be **DISMISSED WITH PREJUDICE, without costs to any party.**

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P.

ORDER - 1

6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **January 25, 2013**, as noted in the caption.

   **DATED** this  9th   day of January, 2013.

                                                    Karen L. Strombom
                                                    United States Magistrate Judge

ORDER - 2