UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HILLARY WALLS,

        Plaintiff,

v.

BOWMAN, et al.,

        Defendants.

CASE NO. C12-5350 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 32. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and

    (2)    The parties Agreed Motion to Dismiss (Dkt. 31) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**.

    Dated this 28th day January, 2013.

                                                             BENJAMIN H. SETTLE
                                                            United States District Judge

ORDER